UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JEFFREY LEE MARTIN, | ) |
| Petitioner, | ) ) ) |
| v. | ) No.: 3:15-CV-540-TAV-DCP |
| SHAWN PHILLIPS, | ) ) ) |
| Respondent. | ) ) |

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion, this pro se prisoner's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. A certificate of appealability **SHALL NOT** issue. Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**IT IS SO ORDERED**.

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ John L. Medearis
CLERK OF COURT